Outlook

## [EXTERNAL] FOIA Request 26-00623-F (ADB)

**From** FOIAcomms, CRT (CRT) <CRT.FOIAcomms@usdoj.gov>
**Date** Mon 9/21/2026 11:30 AM
**To** Meyers, Max <mmeyers@naacpnet.org>

1 attachment (222 KB)
FOIA Request to DOJ re Election Observers - final.pdf;

***Caution:*** *This email originated from outside your organization. Please exercise caution before clicking links or opening attachments.*

***This mailbox is not actively monitored. Altering the subject line will result in your return mail being misdirected and not reaching the original Agency sender.***

*ADB*
*Ack Ltr*

*U.S. Department of Justice*
*Civil Rights Division*
*Freedom of Information/PA Unit –4CON*
*950 Pennsylvania Ave., NW*
*Washington, DC 20530*

Exhibit B

Date Received: September 2, 2026

**FOI/PA No. CASENUMBER 26-00623-F**

Dear Mr. Meyers:

The Civil Rights Division acknowledges receipt of the attached FOIA request, which was received in this office on the date indicated above. Please read this letter carefully because it contains important information about your request.

Your request in summary, seeks records to shed light on the Justice Department's activity to date and future plans related to placing "election monitors" at polling sites in various jurisdictions across the country, including the Civil Rights Division's plan to send 1,000 monitors to observe voting during the midterm election on November 3, 2026.

Your fee waiver request is under consideration. We will determine whether to grant it after we determine whether the processing of your request will result in any assessable fees.

As a result of the large number of FOIA and Privacy Acts requests received by the Civil Rights Division, we may encounter delays in processing your request. To ensure that requesters are treated fairly, the Division processes requests in the approximate order of receipt. Please be assured that your request is being handled as equitably and promptly as possible. If you have any questions regarding the status of your request, you may contact **Andrea Banks** at crt.foiacomms@usdoj.gov. Please use the subject line: **FOIA Request 26-00623-F (ADB)** and reference the FOIA/PA No. above in any communications with the Civil Rights Division about your request

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769. Please reference the FOIA/PA No. above in any correspondence with OGIS.

Finally, if you are not satisfied with the Civil Rights Division's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please reference the FOIA/PA No. above in any correspondence with OIP.

Thank you for your interest in the Civil Rights Division.

Sincerely yours,

Andrea D. Banks

Andrea Banks, GIS
FOI/PA Unit
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. N.W. - 4CON
(202) 514-4210
CRT.FOIAComms@usdoj.gov

***This mailbox is not actively monitored. Altering the subject line will result in your return mail being misdirected and not reaching the original Agency sender.***