**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br>4805 Mt. Hope Drive<br>Baltimore, MD 20215<br><br>*Plaintiff*,<br><br>vs.<br><br>HARMEET DHILLON,<br>In Her Official Capacity as<br>Assistant Attorney General of the<br>CIVIL RIGHTS DIVISION<br>U.S. DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530<br><br>*Defendant.* | ) | **Civil Action No. 26-3461** |

**JOINT STATUS REPORT**

Plaintiff and Defendant, by the respective counsel, respectfully submit this Joint Status Report pursuant to the Court's October 5, 2026 Order regarding Plaintiff's Motion for Emergency Relief dated October, 5, 2026 (Dkt 5).

Counsel for Plaintiff and Defendant met and conferred via telephone on October 6, 2026. Present for Plaintiff was Max Lewis Meyers of the National Association for Colored People. Present for Defendant was William Thanhauser of the Department of Justice's US Attorney's Office for the District of Columbia's Civil Division.

The two (2) requirements from the Court's Order are for the Parties to submit in this Joint Status Report the following: (i) A proposed briefing schedule on the Motion; and (ii) A statement addressing whether a hearing on the Motion is necessary, and if so, three proposed dates and times for such a hearing.

## I. Proposed Briefing Schedule

Plaintiff and Defendant have not reached an agreement on a proposed briefing schedule. Plaintiff believes that the nature of the information sought as it relates to Defendant's past and planned actions involving the fundamental right to vote warrant an expeditious briefing schedule. As noted in its Motion for Emergency Action, the Plaintiff is at risk of the Defendant running out the clock on this FOIA request, as it is time-limited by the November 3, 2026 Election. Plaintiff therefore proposes the following briefing schedule:

- Defendant shall file any opposition to the Plaintiff's Motion for Emergency Relief on or before October 10, 2026; and
- The Plaintiff shall file their reply, if any, to Defendant's opposition on or before October 12, 2026;

Defendant believes that this FOIA matter does not warrant the extremely short briefing schedule proposed by Plaintiff. Defendant notes that the predicate event for Plaintiff's motion appears to be an August 17, 2026, announcement, and that Plaintiff's request for emergency briefing over a six-day period is at odds with the 49 days it took to file its motion. Defendant further notes that Plaintiff did not seek expedited processing in its FOIA request, thus further undermining its request for expedited relief. With this in mind, Defendant proposes that the Court provide Defendant the default amount of time provided under LCvR 65.1(c), for opposing an application for preliminary injunction—i.e., seven days—and enter the following schedule:

- Defendant shall file any opposition to the Plaintiff's Motion for Emergency Relief on or before October 13, 2026; and
- Plaintiff shall file its reply, if any, to Defendant's opposition on or before October 16, 2026.

## II. Statement Addressing Need for Hearing on Motion

The Plaintiff and Defendant are not in agreement regarding the need for a hearing on Plaintiff's Motion for Emergency Relief.

Plaintiff believes that there is enough difference in position between the Parties that a hearing is necessary to fully discuss the issues at hand in the matter. For example, Plaintiff notes that it does not agree with Defendant's determination of the "predicate event" for the underlying FOIA request as stated in Section I. Plaintiff requests that the Court hold a hearing on the Motion at its earliest availability, with a preference for the Tuesday, October 13, 2026; Wednesday, October 14, 2026; or Thursday, October 15, 2026. The Plaintiff notes that while Defendant's attorney of record is on leave Wednesday, October 14, 2026 through Friday, October 16, 2026, the Defendant has the ability be represented by another Assistant United States Attorney should the Court set the hearing during a date Counsel is on leave.

Defendant does not believe a hearing is warranted on Plaintiff's motion. Nonetheless, to the extent the Court believes a hearing is needed, Defendant respectfully requests that the Court schedule the hearing for Monday, October 19, 2026; Tuesday, October 20, 2026; or Wednesday, October 21, 2026. Defendant will be on leave Wednesday, October 14, 2026 through Friday, October 16, 2026, and traveling all day Wednesday, October 14, 2026.

* * *

Dated: October 6, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: __*/s/ William Thanhauser*___
WILLIAM THANHAUSER
DC Bar No. 1737034
Assistant US Attorney
District of Columbia
U.S. Department of Justice
601 D Street, NW
Washington, DC 20530
(202) 252-7706

*Attorneys for the United States of America*

*/s/ Kristen M. Clarke*
KRISTEN M CLARKE
(DC Bar No. 973885)
Max L. Meyers*
National Association for the
Advancement of Colored People
4805 Mt. Hope Drive
Baltimore, MD 21215
(480) 580-5777

*Attorneys for NAACP*

**Pro hac vice* motion pending