**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR THE<br>ADVANCEMENT OF COLORED PEOPLE,<br>4805 Mt. Hope Drive<br>Baltimore, MD 20215 | )<br>)<br>)<br>)<br>) | |
| *Plaintiff,* | ) | **Civil Action No. 26-3461** |
| vs. | )<br>)<br>) | |
| HARMEET DHILLON,<br>In Her Official Capacity as<br>Assistant Attorney General of the<br>CIVIL RIGHTS DIVISION<br>U.S. DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| *Defendant* | ) | |

**<u>PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT</u>**

Plaintiff respectfully moves this Court for leave to file the attached Amended Complaint pursuant to Federal Rule of Civil Procedure 15 and LCvR 15.1.

Plaintiff respectfully requests that this Court grant it leave to file the Amended Complaint because it will clarify any questions related to proper named defendants. While Plaintiff is still within the 21-day window under FRCP 15, Plaintiff is submitting this Motion along with the attached Amended Complaint because of the swift timeline in the matter.

Plaintiff notes that this will not cause any prejudice to current Defendant, Harmeet Dhillon, nor will it prejudice the added Defendant, Civil Rights Division of the Department of Justice. Both Defendants received initial notice of the original complaint and the United States Department of Justice has not contested service in this action. Additionally, Defendant Dhillon

responded on behalf of the Civil Rights Division in Defendant's Brief in Opposition [17]. The addition of Defendant Civil Rights Division of the US Department of Justice is, therefore, *pro forma* in that it does not materially alter the substance of the original FOIA complaint at issue.

Dated: October 15, 2026

Respectfully Submitted,

___*/s/ Max L. Meyers*

Max L. Meyers*
Kristen M. Clarke*
Anthony Ashton
NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE
4805 Mt. Hope Drive
Baltimore, MD 21215
(480) 580-5777
Legal@naacpnet.org

* Pro hac vice

**CERTIFICATE OF SERVICE**

I, Max L. Meyers, hereby certify that the foregoing has been filed on October 15, 2026 via the CM/ECF system, and that the foregoing has been served by CM/ECF to counsel for Defendant, Harmeet Dhillon.

Additionally, I, Max L. Meyers, hereby certify that, upon issuance of the FOIA Summons to the added Defendant Civil Rights Division of the Department of Justice, the foregoing Motion and Amended Complaint will be served at the following locations:

- United States Attorney's Office for the District of Columbia
  601 D Street NW
  Washington, DC 20004

- U.S. Department of Justice
  950 Pennsylvania Avenue NW
  Washington, DC 20530

- U.S. Department of Justice's Civil Rights Division
  950 Pennsylvania Avenue NW
  Washington, DC 20530

DATED: October 15, 2026

*/s/Max L. Meyers*
MAX L. MEYERS