**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br>4805 Mt. Hope Drive<br>Baltimore, MD 20215<br><br>*Plaintiff*,<br><br>vs.<br><br>HARMEET DHILLON,<br>In Her Official Capacity as<br>Assistant Attorney General of the<br>CIVIL RIGHTS DIVISION<br>U.S. DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530, and<br><br>THE CIVIL RIGHTS DIVISION OF THE<br>US DEPARTMENT OF JUSTICE<br><br>*Defendants* | ) | **Civil Action No. 26-3461** |

**PROPOSED ORDER**

Upon consideration, the Court hereby GRANTS Plaintiff's Motion for Leave to File Amended Complaint to add a defendant.

**SO ORDERED**

Date:___________ ________________________________

Hon. Sparkle L. Sooknanan
UNITED STATES DISTRICT JUDGE