# Exhibit A

**From:** Meyers, Max
**To:** Thanhauser, William (USADC)
**Subject:** [EXTERNAL] Re: NAACP v Dhillon 26-3461
**Date:** Thursday, October 8, 2026 2:45:19 AM
**Attachments:** ~WRD2129.jpg

---

Hi Will,

I am sorry for getting back to you a little later than expected on your question. The Plaintiff reviewed the underlying FOIA request and believes all twenty items are necessary. We would consider withdrawing our motion if the Defendant would process, produce and release the requested records and information by October 20th. We would still want the Court to retain jurisdiction of the case to ensure full compliance with the agreement and handle any dispute in production.

Thanks!

**Max Meyers**
*Associate General Counsel*
*OGC*
mmeyers@naacpnet.org
**M:** 667-219-0901
NAACP | Empowerment Programs

---

**From:** Meyers, Max
**Sent:** Wednesday, 07 October 2026 09:48:02
**To:** Thanhauser, William (USADC)
**Subject:** Re: NAACP v Dhillon 26-3461
Good morning, Will.

Thank you for following up on this. I will get you back a clear answer to your question this morning.

Sincerely,
Max

---

**From:** Thanhauser, William (USADC)
**Sent:** Wednesday, October 7, 2026 9:45 AM
**To:** Meyers, Max
**Subject:** RE: NAACP v Dhillon 26-3461
Hi Max,
I know we briefly discussed potential resolution of Plaintiff's motion yesterday, but I don't know if I was as clear or direct as I could have been, so I wanted to follow up. If there's any particular part of Plaintiff's FOIA request that it would like DOJ to process by a date certain (in exchange for withdrawing the motion), I can

take that proposal back to DOJ for their consideration. Just let me know!

Best,

**Will Thanhauser** | Assistant U.S. Attorney
Civil Division, U.S. Attorney's Office
601 D Street, NW, Washington, D.C. 20530
(202) 252-7706 | William.Thanhauser@usdoj.gov