FOIA Summons
1/13

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE

*Plaintiff*

v.

HARMEET DHILLON in Her Official Capacity as AAG of the Civil Rights Division, and THE CIVIL RIGHTS DIVISION OF THE US DEPARTMENT OF JUSTICE

*Defendant*

Civil Action No. 26-3461

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

HARMEET DHILLON in Her Official Capacity as AAG of the Civil Rights Division, and
THE CIVIL RIGHTS DIVISION OF THE
US DEPARTMENT OF JUSTICE
c/o JEANINE FERRIS PIRRO
US ATTORNEY, DISTRICT OF COLUMBIA
601 D STREET NW
WASHINGTON DC 20004

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristen Clarke
Max L. Meyers
Anthony Ashton
NAACP
4805 Mt. Hope Drive
Baltimore, MD 21215

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 10/27/2026

/s/ Jiselle Manohar

*Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE )
*Plaintiff* )
)
v. ) Civil Action No. 26-3461
HARMEET DHILLON in Her Official Capacity as AAG of the Civil Rights Division, and THE CIVIL RIGHTS DIVISION OF THE US DEPARTMENT OF JUSTICE )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

HARMEET DHILLON in Her Official Capacity as AAG of the Civil Rights Division, and
THE CIVIL RIGHTS DIVISION OF THE
US DEPARTMENT OF JUSTICE
c/o Todd Blanche
Attorney General
950 Pennsylvania Ave NW
Washington DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristen Clarke
Max L. Meyers
Anthony Ashton
NAACP
4805 Mt. Hope Drive
Baltimore, MD 21215

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 10/27/2026

/s/ Jiselle Manohar
*Signature of Clerk or Deputy Clerk*