UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,

*Plaintiff*,

v.

HARMEET DHILLON, in her official capacity as Assistant Attorney General, Civil Rights Division, U.S. Department of Justice, *et al.*,

*Defendants*.

Civil Action No. 26-3461 (SLS)

**NOTICE**

Pursuant to the Court's October 27, 2026, Minute Entry, Defendants the Civil Rights Division of the Department of Justice ("CRT") and Harmeet Dhillon, in her official capacity as Assistant Attorney General, Civil Rights Division, by and through undersigned counsel, respectfully submit this Notice to: (A) outline how many records are responsive to the four categories of documents outlined in the parties' Joint Status Report (ECF No. 22);[1] and (B) indicate

[1] As a reminder, the four categories are:

(1) List of all jurisdictions (counties, cities) that election monitors are to be deployed for the November 3, 2026 midterm general election;

(2) Total number of prosecutors and investigators from each criminal DOJ component who will serve as an election monitor;

(3) Written restrictions, if any, on criminal prosecutors and investigators from criminal components of DOJ, and on agents or investigators from the Federal Bureau of Investigation (F.B.I.) or any criminal investigative agency to be permitted to serve as an election monitor; and

(4) Total number of agents and investigators from the Federal Bureau of Investigation (F.B.I.), Department of Homeland Security (D.H.S.), U.S. Immigration and Customs Enforcement (I.C.E.), or any other federal law enforcement agency who have been deployed to serve as an election monitor in the 2026 primary elections,

when lists responsive to categories one and two as outlined in the parties' Joint Status Report will be finalized.

**<u>Number of records responsive to the four specified categories of documents.</u>**

CRT has conducted expedited searches of likely custodians for potentially responsive documents. In total, CRT performed two searches: a single search for categories (1) and (2); and a single search for categories (3) and (4). The former returned 18,993 potentially responsive records; the latter returned 7,842 potentially responsive records.[2] These search results reflect potentially responsive records and are, by their nature, overly inclusive. Tomorrow, CRT can begin uploading these records into Relativity for manual review to determine relevance, responsiveness, and privileges/exemptions.

Undersigned counsel has not had the opportunity to discuss these results with CRT, but plans to do so tomorrow.

**<u>When lists responsive to categories (1) and (2) will be finalized.</u>**

For category (1), CRT reports that it will not have a finalized list of jurisdictions until Election Day. For category (2), CRT notes that this category necessarily requires that CRT know the position titles of election monitors; however, CRT has not collected the position titles of DOJ employees who have signed up as election monitors, and thus would likely need to create a record to provide this information.

---

and total number of the same who will be deployed in the midterm general elections on November 3, 2026.

[2] These numbers are for the number of records; they do not reflect the total number of pages contained in each record or, as relevant, their attachments.

Dated: October 27, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *William Thanhauser*

WILLIAM THANHAUSER, D.C. Bar #1737034
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7706

*Attorneys for the United States of America*