**From:** (b)(6), (b)(7)(C) (ATF) (b)(6), (b)(7)(C)
**Sent:** 10/19/2026 5:28:09 PM
**To:** (b)(6) (CRT) (b)(6)
**Subject:** RE: Election Monitoring Assignment for (b)(5), (b)(7)(A), (b)(7)(E)

**Exhibit A**

Thank-you for the info.
(b)(6), (b)(7)(C)

---

**From:** (b)(6) (CRT) <(b)(6)>
**Sent:** Monday, October 19, 2026 12:25 PM
**To:** (b)(6), (b)(7)(C) (ATF) (b)(6), (b)(7)(C) Voting Section (CRT) <(b)(6)>
**Subject:** RE: Election Monitoring Assignment for (b)(5), (b)(7)(A), (b)(7)(E)

We have a reimbursable agreement with the agencies. Volunteers use their normal travel operations, and I am not sure how ATF is designating travel for election monitoring. CRT reimburses the cost.

---

**From:** (b)(6), (b)(7)(C) (ATF) (b)(6), (b)(7)(C)
**Sent:** Monday, October 19, 2026 12:34 PM
**To:** Voting Section (CRT) <Voting.Section@usdoj.gov>
**Subject:** RE: Election Monitoring Assignment for (b)(5), (b)(7)(A), (b)(7)(E)

Hi- I am ATF- is there any guidance on the travel funding codes for my agency for this project? Does my division (Houston) pay for the hotel, or does DOJ CRT?
Thank-you.

(b)(6), (b)(7)(C)
(b)(6)
(b)(6)(b)(7)(C)
U.S. Department of Justice ▫ Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)
*Email* (b)(6), (b)(7)(C)

---

**From:** Voting Section (CRT) <(b)(6)>
**Sent:** Friday, October 16, 2026 10:59 AM
**To** (b)(6), (b)(7)(C) <(b)(6), (b)(7)(C)>; (b)(6), (b)(7)(C) (BOP) (b)(6), (b)(7)(C); (b)(6), (b)(7)(C) (b)(6), (b)(7)(C) (USATXN) <(b)(6), (b)(7)(C)>; (b)(6) (ATR) <(b)(6)>; (b)(6), (b)(7)(C) (b)(6), (b)(7)(C) (ATF) (b)(6), (b)(7)(C); (b)(6), (b)(7)(C) (USATXN) <(b)(6), (b)(7)(C)>; (b)(6), (b)(7)(C) (USATXN) <(b)(6), (b)(7)(C)>; (b)(6), (b)(7)(C) (BOP) (b)(6), (b)(7)(C); (b)(6), (b)(7)(C) (BOP) (b)(6), (b)(7)(C); (b)(6), (b)(7)(C) (BOP) (b)(6), (b)(7)(C); (b)(6), (b)(7)(C) (BOP) (b)(6), (b)(7)(C); (b)(6), (b)(7)(C) (USATXE) <(b)(6), (b)(7)(C)>; (b)(6), (b)(7)(C) (USATXE) <(b)(6), (b)(7)(C)>; (b)(6), (b)(7)(C) (USATXE)

(b)(6), (b)(7)(C) (b)(6), (b)(7)(C) (BOP) (b)(6), (b)(7)(C); (b)(6), (b)(7)(C) (BOP) (b)(6), (b)(7)(C) >; (b)(6), (b)(7)(C) (BOP) (b)(6), (b)(7)(C); (b)(6), (b)(7)(C) (ATF) (b)(6), (b)(7)(C); (b)(6), (b)(7)(C) (ATF) < (b)(6), (b)(7)(C) >; (b)(6), (b)(7)(C) (BOP) (b)(6), (b)(7)(C) >; (b)(6), (b)(7)(C) (ATF) < (b)(6), (b)(7)(C); (b)(6) (CRT) < (b)(6) >
**Cc:** (b)(6) (CRT) < (b)(6) >; Bachand, Jake (CRT) < (b)(6) > (b)(6) (b)(6) (CRT) < (b)(6) >
**Subject:** Election Monitoring Assignment for (b)(5), (b)(7)(A), (b)(7)(E)

Dear (b)(6), (b)(7)(C)
(b)(6), (b)(7)(C)

Thank you again for agreeing to serve as an election monitor. We plan for you to monitor in the (b)(5), (b)(7)(A), (b)(7)(E) area. (b)(6) is the regional coordinator for that area and is cc'd here. Your team lead on Election Day is T (b)(6) also cc'd. Here are some important things to know:

If you have completed your initial training and must travel to your jurisdiction, you are free to book your travel now. (You should have received a link to the 43-miniute video training last week. It must be completed by Monday, October 19. The link is provided again below.)

Your second training will be via Teams with your regional coordinator and team lead regarding the specifics of your jurisdiction. That training will occur the week of October 26. The third training will be held the Monday before the election (November 2) to go over last-minute reminders and team assignments, hand out reports, and practice using the status update on your phone.

(b)(5)

**TRANSPORTATION**

We have included a helpful hints document with this email with tips about monitoring and travel. Please follow your agency's travel requirements when booking travel, and work with your respective travel coordinator. For CRT participants, there is a note at the bottom of this email on travel authorizations.

**Hotels**
For those traveling, please book your hotel at (b)(5), (b)(7)(A), (b)(7)(E)
United States of America
Alternatively, of course, you are free to stay with family or friends.
Note that (b)(5), (b)(7)(A), (b)(7)(E) tax exempt. State Tax Exemptions (doj.gov).

**Flights**
You may book your departing flight for Sunday, November 1 or Monday, November 2 (for Sunday travel, reminder that Daylight Saving Time ends that day). You should book your return flight for Wednesday, November 4.

When booking flights, please check flights at all local airports (e.g. DCA, IAD, BWI). You must adhere to federal travel regulations when choosing your flights. Please book using City Pair fares (which are fully refundable).

**Rental Cars/Private Vehicles**

(b)(6) There will be instructions for those who need to rent a car. Those monitoring locally may drive their own vehicles. If driving your own car, you should submit for reimbursement based upon miles driven.

Thank you again for participating in election monitoring!

(b)(6)
(b)(6)
Civil Rights Division

Training: (BOP Employees only): BOP Training Link
Training: All other DOJ Employees: November 2026 General Election Monitoring Training

**The following information on travel is for our CRT travelers only:**

Travel Authorizations
Your number for travel is (b)(7)(E) (instead of a DJ #).
For CRT travelers, when you complete your travel authorizations, be sure to include in the subject line (1) number for travel above, (2) the jurisdiction, and (3) Election Monitoring. Below are the codes for E2.
Security Org: JCRT
Partition: OBD
BBFY: 2027
Fund: 0128XDIR
Org 2 (DVSN): (b)(7)(E)
Org 4 (ORGN):
Program: EMWOGEO
User Dimension 3: Your section's travel approver code.
User Dimension 1: (b)(7)(E)
Org 5 (Cost Center): (b)(7)(E)
For out-of-section participants who use CMD, talk to your timekeeper about how they would like you to record time.

**Voting Section**
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave NW- 4CON
Washington, D.C. 20530
1(800)253-3931